■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY THOMAS, Also Known as ZAK, Appellant. (Appeal No. 1.) [979 NYS2d 902]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered December 22, 2010. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Thomas* (114 AD3d 1165 [2014]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.